**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:   YEMINNA BARRETO                          Case No.        17-14163RAM
                                                 Chapter         13

_____ Debtor. /

## DEBTOR'S MOTION FOR EARLY PAYOFF
## OF CHAPTER 13 PLAN AND
## DISCHARGE

      **COMES NOW** the Debtor, YEMINNA BARRETO, by and through her undersigned attorney,

and moves this Honorable Court to issue an Order granting early payoff of the Chapter 13 Plan, and in

support states,

1.  The Debtor filed for relief under Chapter 13 of the Bankruptcy Code on April 6, 2017.

2.  The Debtor's intention was modify the mortgage on her homestead property.  Debtor has been

    wholly unsuccessful in modifying the mortgage.

3.  The Debtor has filed a modified plan removing the homestead property from the plan pursuant

    To the Mortgage Creditor's Motion to Dismiss or in the Alternative Compel Debtor to Modify

    the Plan.

4.  The only remaining creditors in the plan are the unsecured creditors.

      **WHEREFORE,** the debtor respectfully requests an early payoff of the Chapter 13

plan.

      /s/Roshawn Banks_____
      Attorney for Debtor(s)
      RBanks@TheAlllawcenter.com
      FBN: 156965
      PO Box 25978
      Fort Lauderdale, FL 33320
      (954) 747-1843